■ Joseph Dawson et al., Respondents, v Pavarini Construction Co., Inc., et al., Defendants and Third-Party Plaintiffs-Appellants. Metal Builder, Inc., et al., Third-Party Defendants-Respondents. [644 NYS2d 288] ■

The motion of the defendants third-party plaintiffs, *inter alia*, to direct that the liability trial on the third-party action proceed prior to the damages trial on the plaintiffs' action was properly denied as it was merely an attempt to relitigate the severance of the third-party action which had been granted by an order of the Supreme Court, Suffolk County, dated March 24, 1995 *(see, Martin v City of Cohoes,* 37 NY2d 162, 165; *Padela v Rosen & Weidberg,* 200 AD2d 722, 723). In any event, the contention of the defendants third-party plaintiffs that severance will result in relitigation of the amount of the damages awarded to the plaintiffs is meritless *(see, Oceanic Steam Nav. Co. v Compania Transatlantica Espanola,* 134 NY 461; *Baker v Northeastern Indus. Park,* 73 AD2d 753).

The remaining contentions of the defendants third-party plaintiffs are without merit. Balletta, J. P., Rosenblatt, Thompson and Copertino, JJ., concur.